IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

FAIR HOUSING COUNCIL OF OREGON,

      Plaintiff,

      v.

HOLT & EVERHART, INC., an Oregon Corporation;
REDTAIL CONSTRUCTION LLC, an Oregon
Limited Liability Company; PARK LANE
APARTMENTS, LLC, an Oregon Limited Liability
Company; MYHRE GROUP ARCHITECTS, INC.,
an Oregon Corporation; FROELICH CONSULTING
ENGINEERS, INC., an Oregon Corporation;
E. DANA ENG and PEARL ENG KOLLING,
individually, and as Trustees of the Eng Kolling
Revocable Inter Vivos Trust dated July 2, 1990,

      Defendants.

Civil No. 08-1298 ST

ORDER OF DISMISSAL

      Based on the stipulation of the parties, IT IS ORDERED this action is dismissed as to Defendant Froelich Consulting Engineers, Inc., without prejudice and without attorney fees or costs to any party.

      Dated this 3rd day of March, 2009.

                                                        /s/ Janice M. Stewart
                                                       JANICE M. STEWART
                                                       United States Magistrate Judge

Page 1- ORDER OF DISMISSAL